**JS–6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON D. ALFORD, JR<br><br>Plaintiff(s),<br><br>v.<br><br>BECK, et al.<br><br><br><br>Defendant(s). | CASE NO:<br>2:14–cv–08874–FMO–AGR<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above–entitled action has been settled, IT IS ORDERED that the above–captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within <u>60</u> **days from the filing date of this Order**, to re–open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: March 21, 2017         /s/ *Fernando M. Olguin*
                             Fernando M. Olguin
                             United States District Judge